STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI (State Bar No. 165996)
BRIAN C. FRONTINO (State Bar No. 222032)
JEFFREY B. BELL (State Bar No. 269648)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
  VW CREDIT, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| VARSHA SHARMA, and SHEETAL SHARMA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VW CREDIT, INC., dba Audi Financial Services, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 11-08360-DDP (EX)<br><br>**DISCOVERY MATTER**<br><br>**[~~PROPOSED~~] ORDER GOVERNING THE DESIGNATION AND HANDLING OF CONFIDENTIAL MATERIALS**<br><br>Action Removed: October 7, 2011 |

[PROPOSED] ORDER GOVERNING THE DESIGNATION
AND HANDLING OF CONFIDENTIAL MATERIALS
Case No. CV 11-08360-DDP (EX)

LA 51578382

1  The Court hereby enters this Order Governing the Designation and Handling
2  of Confidential Materials based upon (1) the Stipulation Re Confidentiality and
3  Governing the Designation and Handling of Confidential Materials entered into
4  between the parties on August 23, 2012 (the "Stipulation"), and (2) good cause
5  appearing.  For the duration of the above-entitled litigation and as provided therein,
6  the Stipulation shall govern the exchange of confidential information between
7  plaintiffs Varsha Sharma and Sheetal Sharma and defendant VW Credit, Inc.

**IT IS SO ORDERED.**

Dated: 8/24/12

Honorable Charles F. Eick
United States Magistrate Judge

- 1 -

[PROPOSED] ORDER GOVERNING THE DESIGNATION
AND HANDLING OF CONFIDENTIAL MATERIALS
Case No. CV 11-08360-DDP (EX)

LA 51578382