1  TRUEBLOOD LAW FIRM
   Alexander B. Trueblood (Bar No. 150897)
2  10940 Wilshire Blvd., Suite 1600
   Los Angeles, CA 90024
3  Telephone: (310) 443-4139
   Facsimile: (310) 943-2255
4
   Law Offices of BRANDON A. BLOCK, APC
5  Brandon A. Block (State Bar No. 215888)
   433 North Camden Drive, Suite 600
6  Beverly Hills, California 90210
   Telephone: (310) 887-1440
7  Facsimile: (310) 496-1420

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARSHA SHARMA, and SHEETAL SHARMA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VW CREDIT, INC., dba Audi Financial Services, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: CV 11-08360-DSP (Ex*)<br><br>**NOTICE OF MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S FIRST SET OF DOCUMENT DEMANDS AND INTERROGATORIES**<br><br>Date: May 10, 2013<br>Time: 9:30 a.m.<br>Place: Courtroom 20, Spring Street<br><br>Discovery Cutoff: None<br>Class Cert. Cutoff: June 30, 2013<br>Pre Trial Conf.: None<br>Trial Date: None |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on May 10, 2013, at 9:30 a.m. in Courtroom
3  20 of the above-entitled court, located at 312 North Spring Street, Los Angeles,
4  California 90012, plaintiffs will and hereby do move the Court to compel further
5  responses and document production to plaintiffs' first set of document demands,
6  and first set of special interrogatories propounded upon defendant Volkswagen
7  Credit, Inc.

8      The motion is brought pursuant to Federal Rule of Civil Procedure
9  37(a)(3)(B) on the grounds that defendant has improperly objected to certain of
10 the interrogatories and document demands, has failed to produce certain
11 documents, and has provided incomplete or evasive answers.

12     Plaintiffs have in good faith conferred or attempted to confer with the
13 defendant in an effort to obtain proper responses to the discovery, without court
14 action.  The meet and confer process lasted from September, 2012 through the
15 date of filing of this motion, and was successful in eliminating many disputed
16 issues.

17     This motion is based on this Notice of Motion, the Joint Stipulation Re
18 Plaintiff's Motion To Compel Further Responses To Plaintiff's First Set Of
19 Document Demands And Interrogatories, the Declaration of Alexander B.
20 Trueblood, on the files and records in this action, and on such oral argument as the
21 Court may permit.

23 Dated: April 12, 2013                    TRUEBLOOD LAW FIRM

25                             By:_____/s/_____
                                    Alexander Trueblood

27                            Attorneys for Plaintiffs
                           VARSHA AND SHEETAL
28                            SHARMA