UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

**Case No.** CV 11-8360-DDP (Ex)                                                **Date:** June 3, 2013

**Title:** VARSHA SHARMA, et al. v. VW CREDIT, INC. , et al.

**DOCKET ENTRY**

**PRESENT:**

    **HON. CHARLES F. EICK, JUDGE**

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

    None                                                                                                  None

**PROCEEDINGS:**   **(IN CHAMBERS)**                                             (Page 1 of 2)

    The Court has read and considered all papers filed in support of and in opposition to Plaintiffs' "Motion to Compel Further Responses to Plaintiff's [sic] First Set of Document Demands and Interrogatories" ("the Motion"), filed April 12, 2013. The Court heard oral argument on May 31, 2013.

    The Motion is granted in part and denied in part.

    Within fourteen (14) days of the date of this Order, Defendant shall produce documents responsive to the following Requests for Production:

    Requests Nos. 7, 16 (limited to production of documents sufficient to reflect the subject practices, policies or procedures), 20 (with respect to the $25 "redemption fee"), and 21 (subject to redaction of the name, address, telephone numbers and any other identifying information pertaining to each of the putative class members whose account files are selected randomly for production, and subject to the existing protective order).

    With respect to Request No. 10, the Motion is denied as moot. The Motion is denied with respect to Request Nos. 23, 24 and 25 based on the representation of Defendant's counsel that no responsive documents exist. The Motion is denied with respect to Request Nos. 27 and 28 based on the representation of Defendant's counsel that Defendant has produced the only form responsive to the Requests. The Motion is denied with respect to Request No. 33 based on the representation of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

**Case No.** <u>CV 11-8360-DDP (Ex)</u>   **Date:** <u>June 3, 2013</u>

**Title:** <u>VARSHA SHARMA, et al. v. VW CREDIT, INC. , et al.</u>

**DOCKET ENTRY**

**PRESENT:**

**HON. <u>CHARLES F. EICK</u>, JUDGE**

| <u>STACEY PIERSON</u> | <u>N/A</u> |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**

None   None

**PROCEEDINGS:**   **(IN CHAMBERS)**   (Page 2 of 2)

Defendant's counsel that all non-privileged, responsive documents previously have been produced.

Within fourteen (14) days of the date of this Order, Defendant shall serve supplemental responses, without objection, to the following Interrogatories:

Interrogatories No. 3, 4, 5, 6, 7, 8, 17 (subject to the "opt-out" procedure approved in <u>Belaire-West Landscape, Inc. v. Superior Court</u>, 149 Cal. App. 4th 554, 57 Cal. Rptr. 3d 197 (2007)) , and 24 (with respect to the $25 "redemption fee").

With respect to Interrogatory No. 20, the Motion is denied as moot.

The Motion otherwise is denied. Any party seeking review of this order shall cause the preparation and filing of a transcript of the May 31, 2013 hearing.

cc:   Judge Pregerson
      All Counsel of record

**MINUTES FORM 11**   Initials of Deputy Clerk   <u>SP</u>
**CIVIL-GEN**